**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Richard Charles PARKER, Appellant.**

**No. 71-2727.**

United States Court of Appeals, Ninth Circuit.

March 6, 1972.

James M. McCabe (argued), James P. Hagerstrom, of Federal Defenders of San Diego, San Diego, Cal., for appellant.

Thomas M. Coffin, Asst. U. S. Atty. (argued), Harry D. Steward, U. S. Atty., Stephen G. Nelson, Asst. U. S. Atty. & Chief, Criminal Division, John F. Cooney, Jr., Asst. U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and LYDICK, District Judge.

PER CURIAM:

The judgment of conviction in this selective service case is reversed.

Parker was charged with failure to report in San Diego (for transportation to the induction center in Los Angeles) in the Southern District of California. The proof is adequate that he failed to report at the Los Angeles center in the Central District. There is a weak inference on the record here that Parker failed to report in San Diego, but we regard it as not strong enough to sustain a conviction.

---

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Robert E. BENNETT, II, Appellant.**

**No. 71-1525.**

United States Court of Appeals, Ninth Circuit.

March 6, 1972.

See also 9 Cir., 444 F.2d 535.

John McBride (argued), of Wylie, Leahy, Blunt & McBride, San Jose, Cal.. for appellant.

John F. Cooney, Asst. U. S. Atty. (argued), James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for plaintiff-appellee.

Before CHAMBERS and GOODWIN, Circuit Judges, and SCHWARTZ, District Judge.

PER CURIAM:

Bennett has been convicted of failure to report for induction into the armed services and of refusal to submit to induction. The judgment is affirmed.

The contentions here made are concluded by United States v. Martinez, 427 F.2d 1358 (9 Cir., 1970); United States v. White, 447 F.2d 1124 (9 Cir. 1971); and Ehlert v. United States, 422 F.2d 332 (9 Cir. 1970), aff'd 402 U.S. 99, 91 S.Ct. 1319, 28 L.Ed.2d 625 (1971).